■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADELA HOLZER, Appellant.—Judgment, Supreme Court, New York County, rendered on May 3, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL

460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Sullivan, Lupiano, Bloom and Carro, JJ.